■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH DILAURA, Appellant.— Judgment unanimously affirmed. Memorandum: In accordance with the holding of the Court of Appeals in *People* v. *McClain* and cases decided therein (35 N Y 2d 483), under the circumstances here shown the failure of literal compliance with CPL 380.50 does not require resentencing. (Appeal from judgment of Niagara County Court convicting defendant of robbery, second degree.) Present — Marsh, P. J., Moule, Mahoney, Del Vecchio and Witmer, JJ.

■ ALICE CHAPMAN, Appellant, v. JOHN H. SCHULTZ, Respondent.— Order reversed, with costs, and motion denied. Memorandum: The issues presented on this appeal are identical with those before the court in *Ziemba* v. *Sternberg* (45 A D 2d 230). In accordance with our holding therein, the order of Special Term, made prior to that decision, should be reversed and defendant's motion denied. All concur, Mahoney, J. under the constraint of *Ziemba* v. *Sternberg* (*supra*) (Appeal from order of Monroe Special Term in medical malpractice action.) Present — Marsh, P. J., Moule, Mahoney, Del Vecchio and Witmer, JJ.